UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL INDICTMENT |
| v. | ) | |
| | ) | NO. 1:10-CR-0098-WSD |
| DEVASHISH RAY, | ) | |
| | ) | |
| Defendant. | ) | |

PARTICULARIZED MOTION FOR DISCLOSURE OF EXCULPATORY
AND IMPEACHING INFORMATION AND CERTAIN JENCKS MATERIAL

The above-named Defendant, in accordance with the principles of Brady v. Maryland, 373 U.S. 83 (1963), Giles v. Maryland, 386 U.S. 66 (1967), and Giglio v. United States, 405 U.S. 150 (1972), move the Court for entry of an order1 directing the Government to make inquiry and disclose all of the following within its possession, custody or control, or the existence of which is known or by the exercise of due diligence could become known to the government:

1.  Any and all information contained in the military records of L.F. showing complaints, reprimands or displinary action as to L.F.

---

[1] Counsel has made an oral request to the government for the information noted in this particularized Motion. However, to protect his rights, the defendant is filing this particularized motion so that the Court is aware and may order accordingly.

2. In regard to the Government's investigation, any and all information obtained by the investigators and/or government during the course of the investigation as to postive character traits of Dr. Ray. In other words, if a person when interviewed told the interviewer that Dr. Ray was honest, a good doctor, kind, gentle, honorable, peaceable, non threatening, just to name a few traits this information must be produced to the defense. In this regard, Dr. Ray specifically requests that the government question the interviewing agents, as well as produce any MOI or rough notes containing any such information.

WHEREFORE, the Defendant prays that this motion be granted.

Respectfully Submitted,

s/ *Edward T. M. Garland*
EDWARD T. M. GARLAND
Ga. State Bar #284900
Counsel for Dr. Devashish Ray

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225
Fax (404) 365-5041

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL INDICTMENT |
| v. | ) | |
| | ) | NO. 1:10-CR-0098-WSD |
| DEVASHISH RAY, | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 9th day of February, 2010, served a true and correct copy of the within and foregoing PARTICULARIZED MOTION FOR DISCLOSURE OF EXCULPATORY AND IMPEACHING INFORMATION AND CERTAIN JENCKS MATERIAL upon counsel using the ECF system which will automatically send e-mail notification of such filing to counsel of record.

                                                Respectfully submitted,

                                                s/ *Edward T. M. Garland*
                                                EDWARD T. M. GARLAND
                                                Ga. State Bar #284900
                                                Counsel for Dr. Devashish Ray